JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RIGOBERTO LOPEZ,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MIKE FLORES D/B/A VEGA'S TV REPAIR; JOHN J. BUCKEL, AS TRUSTEE OF THE JOHN J. BUCKEL AND ELIZABETH R. BUCKEL TRUST; and DOES 1 to 10,**<br><br>**Defendants.** | **Case No.: 2:26-cv-03118-MEMF-AYPx**<br>Assigned to Judge Maame Ewusi-Mensah Frimpong<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: July 14, 2026

Maame Ewusi-Mensah Frimpong
United States District Court Judge